```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 20502
    MICHAEL BONDS JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5823

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/06/2008 and was not confirmed.

    The case was dismissed without confirmation 10/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG         .00            .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE    4683.84            .00             .00
TURBO TITLE LOANS          SECURED VEHIC     515.00            .00          400.00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,400.00                       1,067.40
TOM VAUGHN                 TRUSTEE                                          117.60
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS                      DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,585.00

PRIORITY                                                  .00
SECURED                                                400.00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,067.40
TRUSTEE COMPENSATION                                   117.60
DEBTOR REFUND                                             .00
                    ---------------            ---------------
TOTALS              1,585.00                         1,585.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```